**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000281**
**26-JUN-2023**
**08:15 AM**
**Dkt. 104 OCOR**

NOS. CAAP-21-0000281 AND CAAP-21-0000456

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI

**CAAP-21-0000281**

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for
the Pooling and Servicing Agreement Dated as of
November 1, 2006 Securitized Asset Backed Receivables LLC
Trust 2006 FR4, Plaintiff-Appellee,
v.
LANI PACIFIC, Defendant-Appellant,
and
LORI J. HAWTHORNE, formerly known as LORI J. BAUER also known as
LORI S. BAUER, Defendant-Appellee,
and
DOES 1 through 20, Inclusive, Defendants
(CIVIL NO. 3CC19100014K)

AND

**CAAP-21-0000456**

LANI PACIFIC, a registered business entity, Plaintiff-Appellant,
v.
DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for
the Pooling and Servicing Agreement Dated as of
November 1, 2006 Securitized Asset Backed Receivables LLC
Trust 2006-FR4, Defendant-Appellee,
and
DOES 1-20, inclusive, Defendants
(CIVIL NO. 3CCV-20-0000212)

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT

<u>ORDER OF CORRECTION</u>
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on June 23, 2023 (docket no. 102 in CAAP-21-0000281 and docket no. 34 in CAAP-21-0000456) in the above case is hereby corrected as follows:

On page 2, the last line of the first paragraph, "." should be added after the word "Bank", so that as corrected, the text reads: "in favor of Bank."

DATED: Honolulu, Hawaiʻi, June 26, 2023.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge

---

[1] Leonard, Presiding Judge, Nakasone and McCullen, JJ